# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-7791 (BRM) (CLW) (consolidated) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br> ACCORD HEALTHCARE, INC., <br><br> *Defendant*. | C.A. No. 2:24-cv-11108 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br> ASPIRO PHARMA LTD., <br><br> *Defendant*. | C.A. No. 2:24-cv-11109 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br> CIPLA USA, INC. and CIPLA LIMITED, <br><br> *Defendants*. | C.A. No. 2:24-cv-11112 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. | C.A. No. 2:24-cv-11114 (BRM) (CLW) |

| | |
|---|---|
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br>        *Defendants.* | |
| AMERICAN REGENT, INC., <br><br>        *Plaintiff*, <br>v. <br><br>GLAND PHARMA LTD., <br><br>        *Defendant.* | C.A. No. 2:24-cv-11116 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br>        *Plaintiff*, <br>v. <br><br>HIKMA PHARMACEUTICALS USA INC., <br><br>        *Defendant.* | C.A. No. 2:24-cv-11118 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br>        *Plaintiff*, <br>v. <br><br>RK PHARMA, INC., <br><br>        *Defendant.* | C.A. No. 2:24-cv-11122 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br>        *Plaintiff*, <br>v. <br><br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC, | C.A. No. 2:24-cv-11124 (BRM) (CLW) |

| | |
|---|---|
| *Defendants*. | |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br><br> SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC, <br><br> *Defendants*. | C.A. No. 2:24-cv-11138 (BRM)(CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br> *Defendants*. | C.A. No. 2:24-cv-11126 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br><br> XIROMED, LLC and XIROMED PHARMA ESPAÑA, S.L., <br><br> *Defendants*. | C.A. No. 2:24-cv-11130 (BRM) (CLW) |
| AMERICAN REGENT, INC., <br><br> *Plaintiff*, <br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., | C.A. No. 2:24-cv-11133 (BRM) (CLW) |

3

|                    |
|--------------------|
| *Defendant*.       |

## STIPULATION AND ORDER OF CONSOLIDATION

**WHEREAS,** the matter captioned In re Selenious Acid Litigation, Civil Action No. 2:24-cv-7791(BRM)(CLW) (Consolidated) is currently pending; and

**WHEREAS**, on December 13, 2024, Plaintiff American Regent, Inc. ("ARI") initiated Civil Action No. 2:24-cv-11108 (BRM) (CLW) ("24-11108") against Defendant Accord Healthcare, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11109 (BRM) (CLW) ("24-11109") against Defendant Aspiro Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11112 (BRM) (CLW) ("24-11112") against Defendants Cipla USA, Inc. and Cipla Limited; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11114 (BRM) (CLW) ("24-11114") against Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11116 (BRM) (CLW) ("24-11116") against Defendant Gland Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11118 (BRM) (CLW) ("24-11118") against Defendant Hikma Pharmaceuticals USA Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11122 (BRM) (CLW) ("24-11122") against Defendant RK Pharma, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11124 (BRM) (CLW) ("24-11124") against Defendants Somerset Therapeutics, LLC, Somerset Pharma,

LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11138 (BRM) (CLW) ("24-11138") against Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11126 (BRM) (CLW) ("24-11126") against Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11130 (BRM) (CLW) ("24-11130") against Defendants Xiromed, LLC and Xiromed Pharma España, S.L.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11133 (BRM) (CLW) ("24-11133") against Defendant Zydus Pharmaceuticals (USA) Inc.; and

**WHEREAS**, good cause exists to consolidate these actions; and

**WHEREFORE**, all parties, through their attorneys, respectfully request that this Court consolidate Civil Action Nos. 24-7791, 24-11108, 24-11109, 24-11112, 24-11114, 24-11116, 24-11118, 24-11122, 24-11124, 24-11138, 24-11126, 24-11130, and 24-11133 and that all papers be filed and maintained in Civil Action No. 24-7791.

**WHEREFORE**, all filings in the Consolidated Action shall continue use the following caption going forward:

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ x : : IN RE SELENIOUS ACID LITIGATION : : : : : : : ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ x | Honorable Brian R. Martinotti, U.S.D.J. Civil Action No. 24 CV 7791 (BRM) (CLW) consolidated |

Dated: January 2, 2025                          **SO STIPULATED:**

  s/ Charles H. Chevalier                                  s/ Kristen Healey Cramer
Charles H. Chevalier                             Kristen Healey Cramer (No. 044752003)
GIBBONS P.C.                                     Noelle B. Torrice (No. 079132013)
One Gateway Center                               **BENESCH FRIEDLANDER**
Newark, New Jersey 07102-5310                    **COPLAN & ARONOFF LLP**
(973) 596-4611                                   1313 North Market Street, Suite 1201
cchevailer@gibbonslaw.com                        Wilmington, Delaware 19801
                                                 Telephone: 302.442.7010
Christine A. Gaddis                              Facsimile: 302.442.7012
GIBBONS P.C.                                     Email: kcramer@beneschlaw.com
141 West Front Street, Suite 240                 Email: ntorrice@beneschlaw.com
Red Bank, New Jersey 07701
(732) 704-5801                                   OF COUNSEL
cgaddis@gibbonslaw.com
                                                 Michael S. Weinstein
                                                 127 Public Square, Suite 4900
                                                 Cleveland, Ohio 44114
OF COUNSEL                                       Telephone: (216) 363-6228
                                                 Email: mweinstein@beneschlaw.com
Dennies Varughese, Pharm. D.
Uma N. Everett                                   Manish K. Mehta
Adam C. LaRock                                   Samuel J. Ruggio
Christina E. Dashe                               71 South Wacker, Suite 1600
Alexander Alfano                                 Chicago, Illinois 60606
Ryan E. Conkin                                   Telephone: 312.624.6379
Sterne, Kessler, Goldstein & Fox P.L.L.C.        Email: mmehta@beneschlaw.com
1101 K Street NW, 10th Floor                     Email: sruggio@beneschlaw.com
Washington, DC 20005

6

(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

 s/ Kaan Ekiner
Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
 Suite 1001
Wilmington, Delaware 19801
(302) 295-2013
kekiner@cozen.com

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendant Aspiro Pharma Ltd..*

 s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601

*Attorneys for Defendant Accord Healthcare, Inc.*

s/ Rebekah Conroy
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Tel: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Defendants Cipla USA, Inc. and Cipla Limited*

  s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

C. Kyle Musgrove

Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Autumn N. Nero
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
anero@perkinscoie.com

Shannon M. Bloodworth
Maria A. Stubbings
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-6200
Telephone: (202) 654-6200
sbloodworth@perkinscoie.com
mstubbings@perkinscoie.com

Rodney Swartz
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

Cindy Chang
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, New York 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

*Attorneys for Defendant Hikma Pharmaceuticals USA, Inc.*

s/ R. Touhey Myer
R. Touhey Myer
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
(404) 431-6600
tkratz@kratzandbarry.com

s/ William P. Murtha
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

*Of Counsel:*
Yixin Tang, Ph.D.
Brent Batzer
**UPADHYE TANG, LLP**
109 Symonds Drive, #174
Hinsdale, Illinois 60522

| | |
|---|---|
| gbarry@kratzandbarry.com | *Attorneys for Defendant RK Pharma, Inc.* |
| | |
| Michael P. Hogan | |
| **KRATZ & BARRY LLP** | |
| 325 Chestnut Street, Suite 883, #259 | |
| Philadelphia, Pennsylvania 19106 | |
| (917) 216-8585 | |
| mhogan@kratzandbarry.com | |
| | |
| *Attorneys for Defendant Gland Pharma Ltd* | |
| | s/ James S. Richter |
| s/ Gregory D. Miller | James S. Richter |
| Gregory D. Miller | MIDLIGE RICHTER, LLC |
| Gene Y. Kang | 645 Martinsville Road |
| Timothy P. Gonzalez | Basking Ridge, New Jersey 07920 |
| **RIVKIN RADLER LLP** | (908) 626-0622 |
| 25 Main Street | |
| Court Plaza North, Suite 501 | *Of Counsel:* |
| Hackensack, New Jersey 07601 | Kurt Mathas |
| Gregory.miller@rivkin.com | Kevin Boyle |
| Timothy.gonzalez@rivkin.com | WINSTON & STRAWN LLP |
| | 35 W. Wacker Dr. |
| Samual T. Lockner | Chicago, Illinois 60601 |
| Jennell C. Bilek | Tel. (312) 558-5600 |
| Seung Sub Kim | kmathas@winston.com |
| **CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA** | kboyle@winston.com |
| Capalla Tower, Suite 4200 | Claire Fundakowski |
| 225 South Sixth Street | Lauren Rennecker |
| Minneapolis, Minnesota 55402 | WINSTON & STRAWN LLP |
| Telephone: (612) 436-9600 | 1901 K Street, N.W. |
| Facsimile: (612) 436-9605 | Washington, DC 20036 |
| slockner@carlsoncaspers.com | Tel. (202) 282-5000 |
| jbilek@carlsoncaspers.com | cfundakowski@winston.com |
| ekim@carlsoncaspers.com | lrennecker@winston.com |
| | |
| *Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* | *Attorneys for Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC* |
| | |
| s/ Zhibin Li | s/ John C. Leddy |
| Zhibin Li | John C. Leddy |
| **BUCHANAN INGERSOLL & ROONEY PC** | NUTTER, McCLENNEN & FISH LLP |
| 640 5th Avenue, 9th Floor | 655 Third Avenue |
| New York, NY 10019-6102 | New York, New York 10017 |
| | Tel. (646) 440-8000 |

9

(212) 440-4400
Zhibin.li@bipc.com

Michael J. Gaertner
David B. Abramowitz
Leah M. Brackensick
Hannah J. Thomas
**BUCHANAN INGERSOLL & ROONEY PC**
125 South Wacker Drive
Chicago, Illinois 60606
(312) 261-8777
michael.gaertner@bipc.com
david.abramowitz@bipc.com
leah.brackensick@bipc.com
hannah.thomas@bipc.com

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

jleddy@nutter.com

Jonathan A. Harris
Micah W. Miller
155 Seaport Blvd.
Boston, Massachusetts 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants Xiromed LLC and Xiromed Pharma España, S.L.*

**SO ORDERED:**

This 3rd day of January, 2025

  s/Cathy L. Waldor
**THE HONORABLE CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**